TO:        Jim Molinelli
            Miscellaneous Clerk

FROM:    Donald J. Freeman, Sr. USPO

RE:        Gerald Dickerson        **07 CRIM. 414**

DATE:    January 24, 2007

On September 27, 2006, the above-named individual was sentenced in the District of Maryland as outlined in the attached J&C.

In January 2007, we received the probation 22's endorsed by the Honorable Thomas M. DiGirolamo, U.S. Magistrate Judge, ordering Mr. Dickerson's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the SDNY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned at (212) 805-5095.

                                      Respectfully submitted,
                                      Chris J. Stanton
                                      Chief U.S. Probation Officer

                                      Donald J. Freeman
                                      Sr. U.S. Probation Officer

USDC SDNY
MAY 16 2007